# IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIC THOMAS MESI,
                    Appellant,
vs.
PENNYMAC LOAN SERVICES, LLC,
                    Respondent.

No. 80585

FILED

APR 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order of dismissal and related actions. Eighth Judicial District Court, Richard F. Scotti, District Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed before the entry of a final written judgment and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.        _____, J.
Stiglich                    Silver

---

[1]Respondent's motion to dismiss, appellant's motion to strike the motion to dismiss, appellant's certificate of compliance, and appellant's motion for a permanent injunction are denied as moot.

cc:    Hon. Richard Scotti, District Judge
Eric Thomas Mesi
Akerman LLP/Las Vegas
Eighth District Court Clerk